# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

September 29, 2015

General Information
(202) 216-7000

Re: 15-3059 USA v. Nancy Preston

Mariam Wagih Tadros
Rees Broome, PC
1900 Gallows Road
Suite 700
Vienna, VA 22182

Dear Counsel:

It is my understanding that you represent a party in the above captioned case.

Our records reveal that you are not a member of the bar of this court. It is the policy of the court that all attorneys appearing before it be members of the bar of this court. Our instructions do not allow us to accept filings from attorneys who are not members. Also, the names of non-members may not appear on any opinion the court issues. Generally, attorneys must be members of this court to present oral argument. See D.C. Circuit Handbook of Practice and Internal Procedures 6 (2015).

Unless you advise the court that you are not seeking admission and will not be representing a party to the case, your completed application is due by October 29, 2015. The application and supporting documents may be electronically submitted with payment through the Bar Admission utility within CM/ECF.

Very truly yours,
Mark J. Langer, Clerk

BY: /s/
Laura M. Chipley
Deputy Clerk

The following forms and notices are available on the Court's website:

Application for Admission to Practice