IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Case No. 15-3059 |
| NANCY PRESTON | : | |
| Defendant. | : | |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

WILL THE CLERK OF THE COURT please note the entry of appearance of Mariam W. Tadros (District of Columbia Bar No. 1000548) as counsel of record for James Preston and Laura Preston. Ms. Tadros is with the firm of Rees Broome, PC, 1900 Gallows Road, Suite 700, Tysons Corner, Virginia 22182. Her telephone number is 703-790-1911 and her fax number is 703-847-0463.

Dated: October 19, 2015

/s/Mariam W. Tadros____
Mariam W. Tadros
D.C. Bar No.1000548
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Tel: 703-790-1911
Fax: 703-847-0463
mtadros@reesbroome.com
*Counsel for James Preston and Laura Preston*

1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was filed with the Clerk of the Court by using the CM/ECF system on October 19, 2015, which will send a notice of the electronic filing to the following counsel who have registered for receipt of documents filed in this manner:

Virginia Cheatham, Esq.
Anthony D. Saler, Esq.
U.S. Attorney's Office
Fraud & Public Corruption Section
555 Fourth Street, NW, Room 5836
Washington, DC 20530
Tel: (202) 252-7820
Fax: (202) 307-2304
Email: Virginia.cheatham@usdoj.gov
Email: Anthony.saler@usdoj.gov
*Counsel for Plaintiff*

Elizabeth Trosman, Esq.
Chief, Appellate Division
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-6775
*Counsel for Plaintiff*

and transmitted by mail, postage prepaid to:

Nancy Preston
295 Windover Avenue, NW
Vienna, VA 22180
Nancaroo@aol.com

/s/Mariam W. Tadros
Mariam W. Tadros
D.C. Bar No.1000548
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
Tel: 703-790-1911
Fax: 703-847-0463
mtadros@reesbroome.com
*Counsel for James Preston and Laura Preston*

K:\16\16215\00005\PLDNGS\Criminal No. 12-cv-189-RC\APPEAL\151019 Tadros Notice of Entry of Appearance.doc